FILED
 2013 Jul-22  PM 03:13
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JUNE V. GOSNELL, as Personal Representative for the Estate of Grady Jackson Gosnell, deceased, et al.,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) ) | **2:13-cv-01241-AKK** |
| **Moore-Handley and Fictitious Defendants 1-0100, ad described more fully Herein,** ) ) ) ) | |
| **Defendants,** ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## KIMBERLY D. STEVENS

COMES NOW, MOORE-HANDLEY, INC., a company incorporated in the State of Delaware (MHI-DC), incorrectly named as Defendant Moore-Handley, and, appearing specially and without waiving any of its jurisdictional, service, standing or other defenses, and pursuant to Local Rule 83.1(b) of the United States District Court for the Northern District of Alabama, respectfully moves this Court for an Order permitting attorney Kimberly D. Stevens to appear *pro hac vice* in the above-styled case as counsel for MHI-DC.

1.

Ms. Stevens is admitted to practice law in the State of Georgia and is admitted to practice in the United States District Court for the Northern District of Georgia. Ms. Stevens is a member in good standing of both. Ms. Stevens is an attorney and a member of the law firm of Hawkins Parnell Thackston & Young LLP, with offices at 4000 SunTrust Plaza, 303 Peachtree Street, NE, Atlanta, Georgia, 30308-3243, (404) 614-7400.

10778128v.1

- 2 -

2.

Ms. Stevens will be handling this matter in association with local counsel of record, Stephen Christopher Collier, also of the law firm of Hawkins Parnell Thackston & Young LLP. Mr. Collier is a member in good standing of the bar of the State of Alabama and the United States District Court for the Northern District of Alabama.

3.

Ms. Stevens has also paid to the Clerk of Court the sum of $50.00, pursuant to General Order No. 09-0001.

WHEREFORE, the movant prays for an Order of this Court permitting the appearance of Kimberly D. Stevens, *pro hac vice* in this action as counsel for Defendant MHI-DC.

Respectfully submitted this 22nd day of July, 2013.

                            HAWKINS PARNELL THACKSTON & YOUNG LLP

                            */s/ S. CHRISTOPHER COLLIER*
                            S. Christopher Collier (ASB-2343-C56S)
                            ATTORNEY FOR MOORE-HANDLEY, INC., A
                            DELAWARE CORPORATION

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308
(404) 614-7400
ccollier@hptylaw.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I have on the 22nd day July, 2013, filed a copy of the foregoing with the Clerk of Court using the electronic Alafile System which will send notification of such filing to all counsel of record.

>HAWKINS PARNELL THACKSTON & YOUNG LLP
>
>*/S/ S. CHRISTOPHER COLLIER*
>S. Christopher Collier (ASB-2343-C56S)
>ATTORNEY FOR MOORE-HANDLEY, INC., A
>DELAWARE CORPORATION

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308
(404) 614-7400
ccollier@hptylaw.com

10778128v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JUNE V. GOSNELL, as Personal Representative for the Estate of Grady Jackson Gosnell, deceased, et al.,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**Moore-Handley and Fictitious Defendants 1-0100, ad described more fully Herein,** )<br>)<br>)<br>)<br>**Defendants,** ) | **CIVIL ACTION NO.**<br><br>**2:13-cv-01241-AKK** |

## ORDER

The Court having considered the Motion for Admission of Counsel *Pro Hac Vice* and finding the motion to be meritorious,

NOW THEREFORE IT IS ORDERED that the Motion for Admission *Pro Hac Vice* for Kimberly D. Stevens is GRANTED.

IT IS FURTHER ORDERED that Kimberly D. Stevens is permitted to engage in all pre-trial and trial proceedings in this action, subject to further Order of this Court.

SO ORDERED, this _____ day of _____, 2013.

_____
HONORABLE ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE

10778128v.1